IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES D. LOGAN, ADC #118770            PLAINTIFF

v.            No. 5:14CV00132 JLH

RAY HOBBS, Director, ARKANSAS
DEPARTMENT OF CORRECTION            DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 7th day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE